

# THE THIRTEENTH COURT OF APPEALS

13-16-00366-CV

James Caswell and Ronald Binkley
v.
Santiago Perez

On appeal from the
201st District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-003065

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellants, James Caswell and Ronald Binkley.

We further order this decision certified below for observance.

January 12, 2017